UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES JOHN GENCARELLI,

                Plaintiff,

-v-

TOTO USA INC.,

                Defendant.

CIVIL ACTION NO.: 23 Civ. 8438 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By **June 21, 2024**, Defendant shall file a letter indicating whether it opposes pro se Plaintiff James Gencarelli's motion (ECF No. 39) to amend the Complaint (ECF No. 1) to add a jury demand.

Dated:    New York, New York
            June 18, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**