UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES JOHN GENCARELLI,

                              Plaintiff,

-v-                                                CIVIL ACTION NO. 23 Civ. 8438 (AT) (SLC)

TOTO USA INC.,                                  **ORDER**

                              Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

      Before the Court is pro se Plaintiff James Gencarelli's letter "seek[ing] clarification on the appropriate timing for submitting motions in limine[.]"  (ECF No. 44).  Mr. Gencarelli is advised that no motions in limine are due at this time, and that, following the close of discovery, the Honorable Analisa Torres will set a schedule for final pretrial submissions, including motions in limine.

Dated:        New York, New York
               July 10, 2024

                                                       SO ORDERED.

                                                       _____
                                                       **SARAH L. CAVE**
                                                       **United States Magistrate Judge**