UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES JOHN GENCARELLI,

                Plaintiff,

  -v-

TOTO USA INC.,

                Defendant.

CIVIL ACTION NO. 23 Civ. 8438 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Amended Case Management Plan (ECF No. 43), the parties were ordered to file a joint letter certifying the completion of fact discovery by September 16, 2024. They did not file the joint letter.

As a one-time courtesy, the Court sua sponte extends the deadline for the parties to file their joint letter certifying completion of fact discovery up to and including **September 20, 2024.**

Dated:    New York, New York
           September 17, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**