UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES JOHN GENCARELLI,

                        Plaintiff,

-v-                                      CIVIL ACTION NO.: 23 Civ. 8438 (AT) (SLC)

TOTO USA INC.,                                **ORDER**

                        Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, October 4, 2024, (the "Conference") the Court ORDERS as follows:

1. The parties certified the completion of fact discovery (ECF No. 50), and neither party seeks expert discovery. (ECF No. 47). Accordingly, **all discovery is deemed closed**. The parties are referred to the individual practices of Judge Torres for dispositive motions and trial, which can be found at www.nysd.uscourts.gov/hon-analisa-torres.

2. During the Conference, Mr. Gencarelli represented that his request for "the names of individuals responsible for 'product control' at Toto, U.S.A., Inc." (ECF No. 55) will be satisfied when Defendant re-sends its responses to Mr. Gencarelli's six written deposition questions by email. (See ECF Nos. 37; 54 at 1). Defendant agreed to promptly re-send its responses.

3. In response to Mr. Gencarelli's request for the assistance of pro bono counsel for the limited purpose of representation at a settlement conference, the Court will seek a volunteer and update the parties accordingly.

Dated: New York, New York  
October 4, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2